FILED
CLERK, U.S. DISTRICT COURT
4/4/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CDO\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00225-ODW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. §§ 2342(a), 2344(a): Possession of Contraband Cigarettes] |
| JUN LIU, aka "Juno Liu," | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 2342(a), 2344(a)]

On or about January 27, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant JUN LIU, also known as "Juno Liu," knowingly possessed contraband cigarettes, as that term is defined under Title 18, United States Code, Section 2341, specifically, a quantity in excess of 10,000 cigarettes bearing no evidence of the payment of applicable State cigarette taxes in the State of California, where such cigarettes were then located. During all times relevant to this Information, defendant JUN LIU was not: (A) a person holding a permit issued pursuant to chapter 52 of the Internal Revenue Code of 1986 as a manufacturer of tobacco products or as an export warehouse proprietor, or a person operating a customs

bonded warehouse pursuant to section 311 or 555 of the Tariff Act of 1930, or an agent of such a person; (B) a person who was licensed or otherwise authorized by the State of California to account for and pay cigarette taxes imposed by the State of California; or (C) an officer, employee, or other agent of the United States or a State, or any department, agency, or instrumentality of the United States or a State having possession of such cigarettes in connection with the performance of official duties.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Chief, Major Frauds Section

SCOTT PAETTY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JAMES C. HUGHES
Assistant United States Attorney
Major Frauds Section